Argued December 19, affirmed December 29, 1975

IN THE MATTER OF THE MARRIAGE OF
ELROY, *Respondent, and* ELROY
(No. 13776, CA 4481), *Appellant.*
543 P2d 296

*Milo W. Pope,* Milton-Freewater, argued the cause for appellant. With him on the brief were Phipps, Dunn & Mobley, The Dalles.

*James M. Habberstad,* The Dalles, argued the cause for respondent. With him on the brief were Dick & Dick, The Dalles.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

PER CURIAM.

AFFIRMED. No costs to either party. *See, Conger and Conger,* 23 Or App 755, 543 P2d 296 (1975).